# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARQUEZ, et al., | Case No. 1:17-cv-00999-BAM |
| Plaintiffs, | |
| v. | ORDER GRANTING FURTHER STIPULATION TO EXTEND TIME TO RESPOND AND/OR DISMISS COMPLAINT |
| DANIEL GARIBAY, | |
| Defendant. | (ECF No. 12) |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED the time for Defendant Daniel Garibay to respond to the complaint is extended an additional fourteen (14) days to September 29, 2017.

IT IS SO ORDERED.

Dated: **September 26, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE